IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GEORGE WILLIAMS                                                                                          PLAINTIFF

vs.                                                                           CAUSE NO. 1:20-CV-00219-SA-DAS

WERNER CO.                                                                                                DEFENDANT

ALLIED EASTERN INDEMNITY COMPANY                                                         INTERVENOR

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER, having come before the Court upon the *ore tenus* motion of Allied Eastern Indemnity Company and the agreement of the parties, and the Court being fully advised in the premises hereby finds as follows:

Pursuant to a resolution of the workers' compensation claim which created the lien that Intervening Plaintiff Allied Eastern Indemnity Company sought to recover through its Intervening Complaint, Allied Eastern Indemnity Company has waived its existing lien as part of the consideration for the settlement. Accordingly, Allied Eastern Indemnity Company wishes to dismiss its Intervening Complaint without prejudice. The Plaintiff and Defendant are in agreement with this request. The Court finds that the request is well taken. Allied Eastern Indemnity Company's Intervening Complaint is hereby dismissed without prejudice and Allied Eastern Indemnity Company is dismissed as a party. This dismissal shall not affect the claims of Plaintiff against Defendant Werner Co.

SO ORDERED AND ADJUDGED this the 16th day of    June    , 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED:

/s/   CARLOS E. MOORE
CARLOS E. MOORE, MB#100685
Counsel for Plaintiff

/s/ MICHAEL GWIN
MICHAEL GWIN, MB#5086
Counsel for Defendant

/s/ COREY HINSHAW
COREY HINSHAW, MB#101520
Counsel for Defendant

/s/ J.L. WILSON, IV
J.L. WILSON, IV, MB#10782
Counsel for Intervenor